# Exhibit 3

## JAMS ARBITRATION
## ORANGE COUNTY, CALIFORNIA

BRIAN NEWBERRY, THE NEWBERRY
FAMILY TRUST, GLENN RUSSELL, THE
LAURA AND GLENN RUSSELL
REVOCABLE TRUST, ERIC JOHNSON,
TWIN HARBORS LLLP, and ELYSIUM
ASSET MANAGEMENT, LLC, a California
limited liability corporation,

      Claimants,

  vs.

MOBILE FORCE INVESTMENTS, LLC,
an Arizona limited liability company,
BRADLEY E. DAVIS, an individual,
BRENT ROLAND, and individual, GLENN
ROLAND, an individual, COACH
INVESTMENTS, LLC, a Delaware limited
liability company, FIRST AMERICAN
TRUST OF NEVADA, LLC, a Nevada
limited liability company, ROBERT
KRAKAUER, an individual, JENNIFER
DICKENS, an individual, BRYAN SCOTT
PERKINSON, and individual, and DOES 1-
20 inclusive,

      Respondents.

§ § § § § § § § § § § § § § § § § § § § § § § § § §

**JAMS Case No. 5200003013**

---

## OBJECTION TO JURISDICTION AND RESPONSE

---

Respondents Mobile Force Investments, LLC ("Mobile"), Bradley E. Davis, Brent Roland,

and Glenn Roland (collectively, the "Individuals," and with Mobile, the "Respondents") object to

JAMS' jurisdiction on two grounds. First, the Respondents are not parties to the Kadenwood, Inc.

Shareholder Agreement that contains the arbitration provision on which Claimants rely. Because

Respondents have not agreed to arbitrate, they are not proper parties and cannot be joined in these

proceedings.

Second, Respondents object to the arbitration because the Shareholder Agreement terminated years ago when Kadenwood, Inc. became insolvent as provided by section 9.2 of the Shareholder Agreement.  Because the Shareholder Agreement terminated, no agreement providing for arbitration exists and no party may be compelled based on such agreement to participate in these proceedings.

Respondents do not consent to the arbitrator resolving these objections and reserve all their rights to contest arbitrability and the allegations in Claimants' Demand for Arbitration.

Respectfully submitted,

*/s/ Jonathan R. Mureen*
Jonathan R. Mureen
James Brennan
Squire Patton Boggs (US) LLP
2200 Ross Avenue, Suite 4100W
Dallas, Texas 75201
Phone: 214-758-1500
Fax: 214-758-1550
jon.mureen@squirepb.com
james.brennan@squirepb.com

**ATTORNEYS BRENT ROLAND and GLENN ROLAND**

*/s/ Cody J. Jess*
Cody J. Jess
Natalya Ter-Grigoryan
Moyes Sellers & Hendricks Ltd.
1850 N. Central Ave., #1100
Phoenix, Arizona 85004
Phone: (602) 604-2141
Fax: (602) 274-9135
cjess@law-msh.com
ntg@law-msh.com

**ATTORNEYS FOR MOBILE FORCE INVESTMENTS, LLC AND BRADLEY E. DAVIS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of this instrument was served upon the attorneys of record of all parties to this proceeding on February 10, 2026.

<u>/s/ Jonathan R. Mureen</u>
Jonathan R. Mureen