Marisol C. Mork (State Bar No. 265170)
Hannah J. Makinde (State Bar No. 307907)
marisol.mork@squirepb.com
hannah.makinde@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone:  +1 213 624 2500

*Attorneys for Plaintiffs*

Cody J. Jess (*pro hac vice admission pending*)
Natalya Ter-Grigoryan (*pro hac vice admission pending*)
cjess@law-msh.com
ntg@law-msh.com
MOYES SELLERS & HENDRICKS LTD.
1850 N. Central Ave., #1100
Phoenix, Arizona 85004
Telephone:  +1 602 604 2141

*Attorneys for Plaintiffs Mobile Force Investments, LLC
and Bradley E. Davis*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE FORCE INVESTMENTS, LLC, an Arizona limited liability company, BRADLEY E. DAVIS, BRENT ROLAND, and GLENN ROLAND,<br><br>          Plaintiffs,<br><br>    v.<br><br>BRIAN NEWBERRY, THE NEWBERRY FAMILY TRUST, GLENN RUSSELL, THE LAURA & GLENN RUSSELL REVOCABLE TRUST, ERIC JOHNSON, TWIN HARBORS LLLP, a Nevada limited-liability limited partnership, and ELYSIUM ASSET MANAGEMENT LLC, a California limited liability company.<br><br>          Defendants. | Case No.<br><br>**PLAINTIFF MOBILE FORCE INVESTMENTS, LLC'S NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT** |

SQUIRE PATTON BOGGS (US) LLP
1801 Page Mill Road, Suite 110
Palo Alto, California 94304

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Plaintiffs, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.  Plaintiff Mobile Force Investments, LLC;

2.  Plaintiff Bradley E. Davis;

3.  Plaintiff Brent Roland;

4.  Plaintiff Glenn Roland;

5.  Defendant Brian Newberry;

6.  Defendant The Newberry Family Trust;

7.  Defendant Glenn Russell;

8.  Defendant The Laura & Glenn Russell Revocable Trust;

9.  Defendant Eric Johnson;

10. Defendant Twin Harbors LLLP; and

11. Defendant Elysium Asset Management LLC.

### Fed. R. Civ. P. 7.1 Disclosure Statement

Plaintiff Mobile Force Investments, LLC's sole member is Plaintiff Bradley E. Davis, a citizen of Arizona.  Mobile Force Investments, LLC is a citizen of Arizona for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).  There is no parent corporation for Mobile Force Investments, LLC.  There is no publicly held corporation owning 10% or more of Mobile Force Investments, LLC's stock.

Dated:  February 26, 2026.

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Marisol C. Mork*
　　　Marisol C. Mork
　　　Hannah J. Makinde

*Attorneys for Plaintiffs*

SQUIRE PATTON BOGGS (US) LLP
1801 Page Mill Road, Suite 110
Palo Alto, California 94304

NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT