Ronald S. Hodges (SBN 150586)
*rhodges@goeforlaw.com*
Ashley N. Kinder (SBN 363008)
*akinder@goeforlaw.com*
Taylor DeRosa (SBN 319853)
*tderosa@goeforlaw.com*
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Building D., Suite 210
Irvine, CA 92614
Telephone: (949) 798-2460

Daren H. Lipinsky (SBN 190955)
*dlipinsky@riziolawfirm.com*
**RIZIO LIPINSKY HEITING, P.C.**
14771 Plaza Drive, Suite A
Tustin, CA  92780
Telephone: (714) 505-2468

Attorneys for Defendants
Brian Newberry and The Newberry
Family Trust

Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Steven E. Bledsoe (SBN 157811)
*sbledsoe@larsonllp.com*
Daniel R. Lahana (SBN 305664)
*dlahana@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888

Attorneys for Defendants Glenn Russell, The Laura & Glenn Russell Revocable Trust, Eric Johnson, Twin Harbors LLLP, and Elysium Asset Management, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MOBILE FORCE INVESTMENTS, LLC, an Arizona limited liability company, BRADLEY E. DAVIS, BRUNT ROLAND, and GLENN ROLAND,

Plaintiffs,

vs.

BRIAN NEWBERRY, THE NEWBERRY FAMILY TRUST, GLENN RUSSELL, THE LAURA & GLENN RUSSELL REVOCABLE TRUST, ERIC JOHNSON, TWIN HARBORS LLLP, a Nevada limited liability limited partnership, and ELYSIUM ASSET MANAGEMENT LLC, a California limited liability company,

Defendants.

Case No. 2:26-cv-02070-MEMF-DFM

**DECLARATION OF STEVEN E. BLEDSOE IN SUPPORT OF DEFENDANTS BRIAN NEWBERRY, THE NEWBERRY FAMILY TRUST, GLENN RUSSELL, THE LAURA & GLENN RUSSELL REVOCABLE TRUST, ERIC JOHNSON, TWIN HARBORS LLLP, AND ELYSIUM ASSET MANAGEMENT, LLC'S JOINT MOTION TO COMPEL ARBITRATION AND TO DISMISS CASE**

[*Filed concurrently with Motion and [Proposed] Order*]

Judge:  Hon. Maame Ewusi-Mensah Frimpong
Date:    May 28, 2026
Time:    10:00 a.m.
Crtrm.:  8B, 8th Floor,
            First Street Courthouse

1

DECLARATION OF STEVEN E. BLEDSOE IN SUPPORT OF JOINT MOTION TO COMPEL ARBITRATION AND TO DISMISS CASE

## DECLARATION OF STEVEN E. BLEDSOE

I, Steven E. Bledsoe, declare as follows:

1.    I am a partner with Larson LLP, attorneys of record for Defendants Glenn Russell, The Laura & Glenn Russell Revocable Trust, Eric Johnson, Twin Harbors LLLP, and Elysium Asset Management, LLC.  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to the matters stated herein.  I make this declaration in support of Defendants' Joint Motion to Compel Arbitration and to Dismiss Case.

2.    Pursuant to Central District Local Rule 7-3, on March 23, 2026, the parties met and conferred telephonically regarding the substance of Defendants' anticipated motion to compel arbitration and to dismiss the case.

3.    The following counsel participated in the telephone conference: (a) Steven Bledsoe and Daniel Lahana on behalf of Defendants Glenn Russell, The Laura & Glenn Russell Revocable Trust, Eric Johnson, Twin Harbors LLLP, and Elysium Asset Management, LLC (b) Ronald Hodges and Daren Lipinsky on behalf of Defendants Brian Newberry and The Newberry Family Trust, and (c) Marisol Monk, Hanah Makinde, Cody Jess, and Natalya Ter-Grigoryan on behalf of Plaintiffs (Respondents in JAMS Case No. 1200058540).

4.    During the meet-and-confer conference, counsel for the parties discussed the grounds on which Defendants intended to rely in moving to compel arbitration and to dismiss the case, as well as the grounds on which Plaintiffs intend to oppose the motion. The parties ultimately were unable to resolve their disputes.

5.    A true and correct copy of the Kadenwood, Inc. Shareholder Agreement, effective June 7, 2021, as amended by Amendment No. 1 dated March 31, 2022 (the "Shareholder Agreement"), as produced in JAMS Case No. 1200058540, is attached hereto as Exhibit A.

6.    A true and correct copy of Kadenwood Inc. Subscription Documents, including the Subscription Agreement and Joinder Agreement to the Shareholder

2

DECLARATION OF STEVEN E. BLEDSOE IN SUPPORT OF JOINT MOTION TO COMPEL ARBITRATION AND TO DISMISS CASE

Agreement, as produced in JAMS Case No. 1200058540, is attached hereto as Exhibit B.

7. The Subscription Agreement directions required each investor to: "(e) [deliver] a signed Joinder Agreement to the Shareholder Agreement." (Ex. B at KW2_103087.) The Joinder Agreement was Appendix B to the Subscription package and was a mandatory component of the investor's closing obligations. (See Ex. B at KW2_103117-103118.)

8. A true and correct copy of Kadenwood, Inc.'s Detailed Capitalization Table dated February 5, 2023, as produced by Kadenwood in JAMS Case No. 1200058540, is attached hereto as Exhibit C.

9. Plaintiffs (or the trusts that they are trustees for) appear in alphabetical order on the Kadenwood Cap Table as Roland Family Trust (Plaintiff Brent Roland), The Bradley E. Davis Trust UTA dated 1-1-24 (Plaintiff Bradley Davis), and The Roland Family Support Trust (Plaintiff Glenn Roland). The Capitalization Table attached as Exhibit C also shows that the trusts Bradley E. Davis, Brent Roland, and Glenn Roland are trustees for held Series B Preferred Shares in Kadenwood. (Ex. C at 4-5.)

10. A true and correct copy of excerpts of the transcript of the August 9, 2023, deposition of Robert Krakauer, Kadenwood's former CFO, taken in JAMS Case No. 1200058540, is attached hereto as Exhibit D (Krakauer Dep. 18:14-19, 23:16-24:9, 46:20-47:7 (August 9, 2023)).

11. A true and correct copy of excerpts of the transcript of the June 13, 2023, deposition of Douglas Weekes, Kadenwood's former COO, taken in JAMS Case No. 1200058540, is attached hereto as Exhibit E (Weekes Dep. 264:13-17 (June 13, 2023)).

12. A true and correct copy of the Written Consent in Lieu of the 2023 Annual Meeting of the Stockholders of Kadenwood, Inc. dated February 28, 2023 (the "Stockholder Consent"), as produced in JAMS Case No. 1200058540, is

3

attached hereto as Exhibit F.

The Stockholder Consent provides:

### Termination of Shareholder Agreement

WHEREAS, the Company and its stockholders are parties to that certain Kadenwood Inc. Shareholder Agreement dated as of July 7, 2021, as amended by an Amendment No. 1 dated March 31, 2022 ("Shareholder Agreement");

(Ex. F at TD 600.)

WHEREAS, the undersigned stockholders, constituting the Requisite Holders, desire to terminate the Shareholder Agreement;

(*Id.*)

13.    Plaintiffs Bradley E. Davis, Brent Roland, and Glenn Roland signed the Stockholder Consent to terminate the Shareholder Agreement as "CONTROLLING SHAREHOLDERS (as defined in the Shareholder Agreement)" on February 28, 2023. (*Id.* Ex. F at TD 599-604.) Respondents Bradley E. Davis, Brent Roland and Glenn Roland also separately signed the Stockholder Consent in their capacity as "Series B Holders (as defined in the Shareholder Agreement)." (*Id.* Ex. F at TD 606-07.) The signature pages confirm the identity and number of shares they voted, and the capacity in which they executed the Consent:

| Respondent | Capacity | Common Shares Voted | Series B Preferred Shares Voted |
|---|---|---|---|
| The Bradley E. Davis Trust UTA dated 1-1-2014 | Bradley Davis, Trustee | 3,391,817 | 3,391,817 |
| Roland Family Trust | Brent Roland, Trustee | 2,688,300 | 2,688,300 |
| The Roland Family Support Trust | Brent Roland, Trustee Glenn Roland, Trustee** | 714,367 | 714,367 |

**Ex. F, TD 599 confirms that Glenn Roland also voted the shares of the Roland Family Support Trust, which had been mistakenly sent for signature to Brent

4

Roland.

14.    A true and correct copy of a second Written Consent in Lieu of a Special Meeting of the Stockholders of Kadenwood, Inc. dated March 15, 2023 (the "Stockholder Consent – Liquidation and Dissolution"), as produced in JAMS Case No. 1200058540, is attached hereto as Exhibit G. Plaintiffs Bradley E. Davis, Brent Roland, and Glenn Roland voted their shares and signed the Stockholder Consent – Liquidation and Dissolution to liquidate and dissolve Kadenwood on March 15, 2023.

15.    Defendants filed an Amended Demand for Arbitration against Plaintiffs and other respondents with JAMS on February 17, 2026. A true and correct copy of the Amended Demand for Arbitration, without exhibits, is attached hereto as Exhibit H.

16.    Kadenwood has never filed a petition for bankruptcy under Chapter 7 of the Bankruptcy Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 9th day of April, 2026, at Costa Mesa, California.


/s/ Steven E. Bledsoe
Steven E. Bledsoe

5

DECLARATION OF STEVEN E. BLEDSOE IN SUPPORT OF JOINT MOTION TO COMPEL ARBITRATION AND TO DISMISS CASE