# EXHIBIT C

## Kadenwood Inc Detailed Capitalization Table

As of 02/05/2023 • Generated by Robert Krakauer (rkrakauer@yahoo.com) at 02/05/2023 11:58:03

| Stakeholder ID Name | Common Units (CIU) | Service Units (SU) | Series AA Preferred (AA) | Series AA Preferred Units (PA) 0.9:1 Conversion Ratio | Series A Preferred Units (PA) | Series A Preferred Units (PA) 1:1 Conversion Ratio | Series B Preferred (B) | Series B Preferred (B) 1:1 Conversion Ratio | Options and RSU's Outstanding Under Kadenwood LLC Option Plan | Common Units Warrants | Outstanding Units | Fully Diluted Units | Outstanding Ownership | Fully Diluted Ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| db38b307e9e9 2013 Davis Family Trust (c/o Todd Davis) | 283,334 | | | | 2,715,000 | 2,715,000 | 6,150,389 | 6,150,389 | | 487,836 | 9,148,723 | 9,636,559 | 5.7490% | 5.4133% |
| 2a2a508a4208 78738 Rowe | | | | | 50,000 | 50,000 | 41,148 | 41,148 | | | 91,148 | 91,148 | .0573% | 0.0512% |
| 7b0c76fa1e73c A360 Media, LLC | | | | | | | 1,234,221 | 1,234,221 | | | 1,234,221 | 1,234,221 | .7756% | 0.6933% |
| c5ff73406e130 Aaron Przybysz | | 30,000 | | | | | | | 30,000 | | 30,000 | 60,000 | .0189% | 0.0337% |
| bb43351a0449 Access KW LLC | | | | | 30,000 | 30,000 | | | | | 30,000 | 30,000 | .0189% | 0.0169% |
| a14b4cb99920 Access KW, LLC | | | | | 140,000 | 140,000 | 41,147 | 41,147 | | | 181,147 | 181,147 | .1138% | 0.1018% |
| 859068571c6d Alexis Heaney | | | | | | | | | 2,500 | | | 2,500 | .0000% | 0.0014% |
| 96367e522433 Andrea Hawkins | | | | | | | | | 15,000 | | | 15,000 | .0000% | 0.0084% |
| caf2412a1f58b Andrei McQuillan | | | | | | | | | 180,000 | | | 180,000 | .0000% | 0.1011% |
| 485eaa67795f5 Andrew & Jodi Eisner | | | | | 25,000 | 25,000 | | | | | 25,000 | 25,000 | .0157% | 0.0140% |
| f8f049f7dbe2f8 Andy Garcia | | | | | | | | | 42,000 | | | 42,000 | .0000% | 0.0236% |
| 1ad5e1a094aa Ann Meyers-Drysdale | | 200,000 | | | | | | | | | 200,000 | 200,000 | .1257% | 0.1123% |
| 85bceb6e1b92 Anna Matile | | | | | | | | | 25,000 | | | 25,000 | .0000% | 0.0140% |
| c4743364bd3a Anna Miceli | | | | | 50,000 | 50,000 | 51,434 | 51,434 | | | 101,434 | 101,434 | .0637% | 0.0570% |
| a8bc2da3119c Anna-Maria and Stephen Kellen Foundation, Inc | | | | | | | | | | 1,746,141 | | 1,746,141 | .0000% | 0.9809% |
| f3d6d097b63b Anthony and Melissa Montalbano Family Trust | | | | | | | 102,294 | 102,294 | | 19,323 | 102,294 | 121,617 | .0643% | 0.0683% |
| 99fa4805b9232 Approach Marketing LLC | 10,960,000 | 600,000 | | | | | | | | | 11,560,000 | 11,560,000 | 7.2643% | 6.4938% |
| d856389b4af01 Arcadian II. LP | | | | | | | 205,735 | 205,735 | | | 205,735 | 205,735 | .1293% | 0.1156% |
| 1f210b04b9759 Arcadian New Venture Fund, LP | | | | | | | 505,015 | 505,015 | | 13,340 | 505,015 | 518,355 | .3173% | 0.2912% |
| 3e28441c3f013 BALJJ Holdings I, LLC | | | | | 50,000 | 50,000 | | | | | 50,000 | 50,000 | .0314% | 0.0281% |
| 483d9937d20b Basha Gitnes | | | | | | | | | 52,367 | | | 52,367 | .0000% | 0.0294% |
| 3a72f0f87c7a6 Ben Rabicoff | | | | | | | | | 150,700 | | | 150,700 | .0000% | 0.0847% |
| 49e392d06715 Ben Rabicoff | | 36,000 | | | | | | | | | 36,000 | 36,000 | .0226% | 0.0202% |
| 225d96ac71e5 Black Horse Holding Company, LLC | 2,961,447 | | | | | | | | | | 2,961,447 | 2,961,447 | 1.8610% | 1.6636% |
| 1481dbbc12a3 BleichroederKadenwood LLC | 14,832,535 | | | | | | 8,148,301 | 8,148,301 | | | 22,980,836 | 22,980,836 | 14.4411% | 12.9094% |
| 89f0f52eaf4782 Blue Light Special, LLC | | | | | | | 82,294 | 82,294 | | | 82,294 | 82,294 | .0517% | 0.0462% |
| ca96f39e07d5a Bob Krakauer | | | | | | | | | 1,675,425 | | | 1,675,425 | .0000% | 0.9412% |
| d50feed9d41ee Bosco Trust | | | | | | | | | | 279,106 | | 279,106 | .0000% | 0.1568% |
| 4ed793820b96 Bradley R. Costello, Trustee of the Bradley R. C | 120,000 | | | | | | | | | | 120,000 | 120,000 | .0754% | 0.0674% |
| b9afc27467ef2 Brandon Gutman | | | | | 50,000 | 50,000 | 22,860 | 22,860 | | 1,731 | 72,860 | 74,591 | .0458% | 0.0419% |
| 96b34b1ca6e5 Brian Blevins | | | | | 25,000 | 25,000 | 20,574 | 20,574 | | | 45,574 | 45,574 | .0286% | 0.0256% |
| 02c3eef2e8be7 Brianna Hart | | | | | | | | | 11,809 | | | 11,809 | .0000% | 0.0066% |
| ecf7abd69549a Brice Beehler | | | | | | | | | 260,000 | | | 260,000 | .0000% | 0.1461% |
| 1948f9ebdfb9a Brigham Holdings, LP | | | | | 2,000,000 | 2,000,000 | | | | | 2,000,000 | 2,000,000 | 1.2568% | 1.1235% |
| 544e149a98f6b Brittany Giovannello | | | | | | | | | 60,000 | | | 60,000 | .0000% | 0.0337% |
| d91c2ad0e42e Bruce Farmer | | | | | 50,000 | 50,000 | 42,025 | 42,025 | | | 92,025 | 92,025 | .0578% | 0.0517% |
| d64651d1d59d Bruce Topping | | | | | | | | | 30,000 | | | 30,000 | .0000% | 0.0169% |
| 80af4a2155eee Bryan Flory | | | | | | | | | 75,000 | | | 75,000 | .0000% | 0.0421% |
| 007fbcc3d6526 Calla Jackson | | 15,000 | | | | | | | | | 15,000 | 30,000 | .0094% | 0.0169% |
| 18defe2c0e17c Canyon View Development, LLC | | | | | | | 408,778 | 408,778 | | | 408,778 | 408,778 | .2569% | 0.2296% |
| 5048228e0a6b Carmona Family Revocable Trust | | | | | 280,000 | 280,000 | | | | | 280,000 | 280,000 | .1760% | 0.1573% |
| 49b770b9ee25 Carson Palmer | | 275,000 | | | | | | | 100,000 | | 275,000 | 375,000 | .1728% | 0.2107% |
| ddb776997b3a Caryn & James Haggerty | | | | | 100,000 | 100,000 | | | | | 100,000 | 100,000 | .0628% | 0.0562% |
| 852507882706 Catalyst Endeavors, LLC | | | | | | | 45,719 | 45,719 | | 9,049 | 45,719 | 54,768 | .0287% | 0.0308% |
| 22c168065b47 Chad Seeber | | 31,250 | | | | | 30,860 | 30,860 | 25,000 | | 62,110 | 87,110 | .0390% | 0.0489% |

PENGAD 800-631-6989
EXHIBIT
1106
Dickens

1106

| ID | Name | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13bc2102303a | Charles Lindgren 401k Plan c/o Charles Lindgre | | | 50,000 | 50,000 | 5,936 | 5,936 | | | 55,936 | 55,936 | .0351% | 0.0314% |
| b80b5cb34b5d | Christopher Parenteau | | | | | | | 30,000 | | | 30,000 | .0000% | 0.0169% |
| 161665fc34a36 | Cindy Camarata | | | | | | | 384,519 | | | 384,519 | .0000% | 0.2160% |
| 510ade022291 | Cian Investments, LLC | 1,274 | 1,146 | 100,000 | 100,000 | 79,269 | 79,269 | | 6,231 | 180,543 | 186,646 | .1135% | 0.1048% |
| 49bfbcb64df21 | CLS Lombardy, LLC | | | 150,000 | 150,000 | | | | | 150,000 | 150,000 | .0943% | 0.0843% |
| 56e74a2acec2 | Coach Investments LLC | | | | | | | | 119,617 | | 119,617 | .0000% | 0.0672% |
| 4d193b0f9dd3a | Cole Investment X, LLC | | | 300,000 | 300,000 | | | | | 300,000 | 300,000 | .1885% | 0.1885% |
| 9f080f23aa740 | Corey Maclin | | | | | | | 34,916 | | | 34,916 | .0000% | 0.0196% |
| 6ae8512bfbd74 | Cori Wegner | | | | | | | 30,000 | | | 30,000 | .0000% | 0.0169% |
| 7324536d8af35 | Craig Cote | | | 50,000 | 50,000 | | | | | 50,000 | 50,000 | .0314% | 0.0281% |
| 90f2100b3bc2t | Cris Weekes | 900,000 | | | | | | 51,300 | | 900,000 | 951,300 | .5656% | 0.5344% |
| dfa3519d74bf1 | Cristina Weekes Living Trust | | | | | | | | 9,569 | | 9,569 | .0000% | 0.0054% |
| bdd84c8e1221c | Croghan Investments, LLC | | | | | 205,736 | 205,736 | | | 205,736 | 205,736 | .1293% | 0.1156% |
| 93658903029e | D. Highly Falkner Irrevocable Life Insurance Tru | | | 150,000 | 150,000 | | | | | 150,000 | 150,000 | .0943% | 0.0843% |
| a41e5d27fced9 | Daniel Camozzi | 238,125 | | | | | | 42,500 | | 238,125 | 280,625 | .1496% | 0.1576% |
| c29528246349 | Daniel Hudson | | | 25,000 | 25,000 | | | | | 25,000 | 25,000 | .0157% | 0.0140% |
| 55fa3f0de9015 | Darrell & Nicole Davis | | | 100,000 | 100,000 | 11,873 | 11,873 | | | 111,873 | 111,873 | .0703% | 0.0628% |
| 32694715502e | David J. Bresnahan and Julie A. Bresnahan Tru | | | 100,000 | 100,000 | | | | | 100,000 | 100,000 | .0628% | 0.0562% |
| cf4e3161cd686 | David Jackson | | | | | 393,187 | 393,187 | | | 393,187 | 393,187 | .2471% | 0.2209% |
| 420b24cd7a4e | Diron Chai | | | | | 34,289 | 34,289 | | 7,478 | 34,289 | 41,767 | .0215% | 0.0235% |
| 725003b4dbc0 | Discovery Communications, LLC | | | | | 1,285,849 | 1,285,849 | | | 1,285,849 | 1,285,849 | .8080% | 0.7223% |
| 20cbdd97a046 | Don Beck | | | 150,000 | 150,000 | 200,021 | 200,021 | | 9,650 | 350,021 | 359,671 | .2200% | 0.2020% |
| 312fd0a1d9434 | Doug Weekes | | | | | | | 119,031 | | | 119,031 | .0000% | 0.0669% |
| 1ad5620e2bdf9 | Douglas Hogberg | | | | | 41,970 | 41,970 | | | 41,970 | 41,970 | .0264% | 0.0236% |
| faccb7d3e3a15 | Dreyfuss Investment Company, LLC | | | 100,000 | 100,000 | | | | | 100,000 | 100,000 | .0628% | 0.0562% |
| 55ba40795813 | ED Irrevocable Trust | | | | | | | | 33,492 | | 33,492 | .0000% | 0.0188% |
| 2e41704ed232 | Eisen Revocable Trust dated 10/11/2013 (c/o O | | | 100,000 | 100,000 | | | | | 100,000 | 100,000 | .0628% | 0.0562% |
| 122e13fc5a47; | EJL Living Trust | | | | | 91,438 | 91,438 | | 10,172 | 91,438 | 101,610 | .0575% | 0.0571% |
| 736208b6cd32 | Elektra Properties, LLC | | | 25,000 | 25,000 | 25,717 | 25,717 | | | 50,717 | 50,717 | .0319% | 0.0285% |
| f86e2e3e4b36f | Ellindio Trust | | | 25,000 | 25,000 | | | | | 25,000 | 25,000 | .0157% | 0.0140% |
| 88817264758fe | Elysium Asset Management, LLC | 1,500,000 | | | | 25,717 | 25,717 | | | 1,525,717 | 1,525,717 | .9588% | 0.8571% |
| 210d4bb96188 | Emily Johnson | | | | | | | 10,000 | | | 10,000 | .0000% | 0.0056% |
| a6605989d473 | Eric Daugherty | | | | | | | 10,000 | | | 10,000 | .0000% | 0.0056% |
| 68fe1b4134774 | Eric Johnson | | | | | | | 10,000 | | | 10,000 | .0000% | 0.0056% |
| 0a5106c97f240 | Eric Katz | | | | | | | 66,666 | | | 66,666 | .0000% | 0.0374% |
| d20060e12e86l | Erick Dickens | | | | | | | 119,031 | | | 119,031 | .0000% | 0.0669% |
| 2a7014dae61d | Ethan Carpenter | | | | | | | 10,000 | | | 10,000 | .0000% | 0.0056% |
| e4ac354b34ae | Ethiholdings, LLC | | | | | 306,523 | 306,523 | | | 306,523 | 306,523 | .1926% | 0.1722% |
| 3a6eced3aa7e | Ethisphere LLC | | | | | | | | 19,371 | | 19,371 | .0000% | 0.0109% |
| e2a76b994194 | Firebird Investment Co. LLC (c/o Tom Hatten) | | | 150,000 | 150,000 | 114,298 | 114,298 | | 12,805 | 264,298 | 277,103 | .1661% | 0.1557% |
| ff8f08f7992f68( | Garrett Bain | 274,479 | | | | | | | | 274,479 | 274,479 | .1725% | 0.1542% |
| 2b87a315a394 | Glenn Russell Family Trust | 11,500,000 | | | | 102,868 | 102,868 | | | 11,602,868 | 11,602,868 | 7.2912% | 6.5179% |
| 64a95062e469 | Gorden Living Trust | | | 100,000 | 100,000 | | | | | 100,000 | 100,000 | .0628% | 0.0562% |
| 6d3ba6129902 | Green Claw Company of Arizona, LLC (c/o Ellic | | | 250,000 | 250,000 | | | | | 250,000 | 250,000 | .1571% | 0.1404% |
| c763e74904c1c | Gregory Avant | | | 40,000 | 40,000 | 20,574 | 20,574 | | | 60,574 | 60,574 | .0381% | 0.0340% |
| 7fdd3e9fbb2ed | GRW2M, LLC | | | | | 160,017 | 160,017 | | 7,274 | 160,017 | 167,291 | .1006% | 0.0940% |
| f2ed8bdcd9d58 | Hammer Ventures LLC (c/o Neil Robert Hamm | | | 100,000 | 100,000 | 30,860 | 30,860 | | | 130,860 | 130,860 | .0822% | 0.0735% |
| 98bab882b60e | Hayden Keane | | | 25,000 | 25,000 | | | | | 25,000 | 25,000 | .0157% | 0.0140% |
| 3f9b7f8c1028a | Heedfirst Ventures LLC | | | | | 102,868 | 102,868 | | | 102,868 | 102,868 | .0646% | 0.0578% |
| bdc4ea12d64c | HJA Strategic Consulting LLC | 30,000 | | | | 93,176 | 93,176 | 339,992 | 19,448 | 123,176 | 482,616 | .0774% | 0.2711% |
| b4388744718e | Intrepid Ventures, LLC | | | 100,000 | 100,000 | | | | | 100,000 | 100,000 | .0628% | 0.0562% |
| a9a1bc9a9f173 | IRA Vantage FBO Anne M Dollarhide | | | 100,000 | 100,000 | 102,868 | 102,868 | | | 202,868 | 202,868 | .1275% | 0.1140% |

| ID | Name | A | B | C | D | E | (Other) | (Add'l) | Subtotal | Total | % | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| d6baf196fce21 | IslandKay, LLC (c/o Karen Korsgren) | | 50,000 | 50,000 | 38,648 | 38,648 | | 4,455 | 88,648 | 93,103 | .0557% | 0.0523% |
| 733e5e321259 | Jake M Davis Trust | | 50,000 | 50,000 | 68,579 | 68,579 | | 25,119 | 118,579 | 143,698 | .0745% | 0.0807% |
| 39fab6b1162e3 | James Grant | 150,000 | | | | | | | 150,000 | 150,000 | .0943% | 0.0843% |
| 0b80a038db16 | James Selfa & Joan Selfa Family Trust (c/o Joa | | 25,000 | 25,000 | | | | | 25,000 | 25,000 | .0157% | 0.0140% |
| ad0eb7128d20 | Jamey Newberg | | 100,000 | 100,000 | | | | | 100,000 | 100,000 | .0628% | 0.0562% |
| 1ad324098a3b | Janvrin Weekes-Demler Roth IRA | | 50,000 | 50,000 | 25,717 | 25,717 | | | 75,717 | 75,717 | .0476% | 0.0425% |
| 919e61e8b27c | Jason Mitchell | | | | | | 800,000 | | | 800,000 | .0000% | 0.4494% |
| 83dd8747fe3a4 | Jason Pitkin | 100,000 | | | | | | | 100,000 | 100,000 | .0628% | 0.0562% |
| f26452b1363b | Jason Waggoner | 287,500 | | | | | | | 287,500 | 287,500 | .1807% | 0.1615% |
| 7fea2df9d453b | Jason Waggoner | | | | | | 110,000 | | | 110,000 | .0000% | 0.0618% |
| 2482dced904ef | JCF Holdings LLC | | 70,000 | 70,000 | 42,465 | 42,465 | | 9,474 | 112,465 | 121,939 | .0707% | 0.0685% |
| 1bd7cacee92c | Jeff Saplis | 25,000 | | | | | | 3,191 | 25,000 | 28,191 | .0157% | 0.0158% |
| 7f54ef5a9c411 | Jeffrey M Saplis and Anna Saplis as Trustees o | | 200,000 | 200,000 | | | | | 200,000 | 200,000 | .1257% | 0.1123% |
| 11dd59088f8ac | Jeffrey M Saplis and Anna Saplis as Trustees o | | | | 120,013 | 120,013 | | 12,355 | 120,013 | 132,368 | .0754% | 0.0744% |
| 96d1e3d73e5c | Jennifer Dickens | | | | | | | 43,061 | | 43,061 | .0000% | 0.0242% |
| f78c76dd93f60 | Joanne Nakai | | | | | | 30,000 | | | 30,000 | .0000% | 0.0169% |
| 770ab9b8a622 | Johan (Andy) Roos | | 25,000 | 25,000 | | | | | 25,000 | 25,000 | .0157% | 0.0140% |
| 017d716de462 | John J Dorsey Revocable Trust of 2006 | | 500,000 | 500,000 | 1,257,275 | 1,257,275 | | 49,704 | 1,757,275 | 1,806,979 | 1.1043% | 1.0151% |
| 5eb7d9fb30f0e | Jonathan Christodoro | | | | | | 250,000 | | | 250,000 | .0000% | 0.1404% |
| 4462865eed72 | Joseph Delaney | | | | | | 10,000 | | | 10,000 | .0000% | 0.0056% |
| 607c72b169ba | JS Capital Holdings, LLC (c/o Jessica L. Stackp | | 25,000 | 25,000 | | | | | 25,000 | 25,000 | .0157% | 0.0140% |
| 8501c30a105e | Justin and Gayle Field Revocable Trust (c/o Jus | | 100,000 | 100,000 | 11,873 | 11,873 | | | 111,873 | 111,873 | .0703% | 0.0628% |
| f48e985dba02c | Karen Lu | | | | | | 18,380 | | | 18,380 | .0000% | 0.0103% |
| 4390c651546c | Karen Newcombe | | 100,000 | 100,000 | | | | | 100,000 | 100,000 | .0628% | 0.0562% |
| d636496b0140 | Katelynn Binkley | | | | | | 10,000 | | | 10,000 | .0000% | 0.0056% |
| 3d98d579df3cc | Kathryn Lazerow Trust | | | | 137,157 | 137,157 | | 15,698 | 137,157 | 152,855 | .0862% | 0.0859% |
| e61ef6aed1471 | Kathryn McNulty | | 75,000 | 75,000 | 77,151 | 77,151 | | | 152,151 | 152,151 | .0956% | 0.0855% |
| aa5d70005682 | KBCC, LLC | | | | 41,147 | 41,147 | | | 41,147 | 41,147 | .0259% | 0.0231% |
| 6c509a3415e6 | KBM Infinite Inc Defined Benefit Plan | | | | 228,595 | 228,595 | | | 228,595 | 228,595 | .1438% | 0.1284% |
| 62983507ebe2 | Keith Ehlers | | | | | | 10,000 | | | 10,000 | .0000% | 0.0056% |
| 43e8294d4d30 | Kelly Gates | | | | 45,719 | 45,719 | | 5,246 | 45,719 | 50,965 | .0287% | 0.0286% |
| 68d02eb3d155 | Kenneth McElroy | | 200,000 | 200,000 | | | | | 200,000 | 200,000 | .1257% | 0.1123% |
| 93c407ee54f35 | Kevin Keane | | 200,000 | 200,000 | | | | | 200,000 | 200,000 | .1257% | 0.1123% |
| 6cebe5daeeb4 | Krishnan "Chini" and Rama S. Srinivasan | | 200,000 | 200,000 | | | | | 200,000 | 200,000 | .1257% | 0.1123% |
| 0c4c52aa2076 | Kristy Young | | | | 8,572 | 8,572 | | | 8,572 | 8,572 | .0054% | 0.0048% |
| df5f0e6eb7c9e | Kyle and Kade Management Services, Inc Defir | | | | | | 18,282 | | | 18,282 | .0000% | 0.0103% |
| 038501657c07 | Kyle Rinehart | | 75,000 | 75,000 | | | | | 75,000 | 75,000 | .0471% | 0.0421% |
| 94a28cb0c524 | Lack & Daily | | | | | | 25,000 | | | 25,000 | .0000% | 0.0140% |
| 034e03a12a59 | Lahr Family Trust | | 50,000 | 50,000 | | | | | 50,000 | 50,000 | .0314% | 0.0281% |
| 5017a8a9o784 | Land 28, LLC | | | | 87,735 | 87,735 | | 9,740 | 87,735 | 97,475 | .0551% | 0.0548% |
| f39a8bc894935 | Larry Milton | | | | 46,377 | 46,377 | | | 46,377 | 46,377 | .0291% | 0.0261% |
| 332b3322d8b1 | LCRR, LLC | | | | 82,294 | 82,294 | | | 82,294 | 82,294 | .0517% | 0.0462% |
| f82b096a67412 | Liebman Legacy Trust | | | | 82,294 | 82,294 | | | 82,294 | 82,294 | .0517% | 0.0462% |
| cac009e984f80 | Lindzon Capital Partners | | 50,000 | 50,000 | | | | | 50,000 | 50,000 | .0314% | 0.0281% |
| 057340ddd184 | Lois Arnette | | 200,000 | 200,000 | | | | | 200,000 | 200,000 | .1257% | 0.1123% |
| b8552a667e87 | Lukasz Gottwald | 200,000 | | | | | | | 200,000 | 200,000 | .1257% | 0.1123% |
| 3cddc10be473 | M&A Investing, Inc (c/o Marcus Howerton) | | 125,000 | 125,000 | | | | | 125,000 | 125,000 | .0735% | 0.0702% |
| 52152c929524 | Malcolm Trust | | | | 2,000,229 | 2,000,229 | | 598,086 | 2,000,229 | 2,598,315 | 1.2569% | 1.4596% |
| 64dc791d7e217 | Marc Liebman | | | | 91,804 | 91,804 | | 11,073 | 91,804 | 102,877 | .0577% | 0.0578% |
| 1c0bdce3398e4 | Mark Hannen | | | | | | 119,083 | | | 119,083 | .0000% | 0.0669% |
| fff848da8b0d6 | Mary Ann Guerra | | 25,000 | 25,000 | | | | | 25,000 | 25,000 | .0157% | 0.0140% |
| 470b19a52993 | Mathew Petersen | | | | | | 10,000 | | | 10,000 | .0000% | 0.0056% |

| Name | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0ff42eac99c49: Matt Bostwick | | | 75,000 | 75,000 | | | | | 75,000 | 75,000 | .0471% | 0.0421% |
| 35749f9eab41c Michael and Angela Ethier | | | 100,000 | 100,000 | | | | | 100,000 | 100,000 | .0628% | 0.0562% |
| d7cf2ecdf210e5 Michael and Vesna Dean Family Trust | | | 25,000 | 25,000 | 49,116 | 49,116 | | 3,280 | 74,116 | 77,396 | .0466% | 0.0435% |
| 13a8fc740bc9d Michael Gates | | | | | | | 499,200 | | | 499,200 | .0000% | 0.2804% |
| 64a56831c0a7: Michael J Corey Declaration of Trust | | | 25,000 | 25,000 | | | | | 25,000 | 25,000 | .0157% | 0.0140% |
| 2706bce526f90 Michael J Corey Declaration of Trust U/A DTD | | | 25,000 | 25,000 | | | | | 25,000 | 25,000 | .0157% | 0.0140% |
| e6f4f366374e7 Michael Lee Turner Revocable Trust | | | 200,000 | 200,000 | | | | | 200,000 | 200,000 | .1257% | 0.1123% |
| 5dfb60f2666f9e Michele D. Davis as Trustee 2011 Michele Davi | | | 100,000 | 100,000 | 102,868 | 102,868 | | | 202,868 | 202,868 | .1275% | 0.1140% |
| c93949db2009 Michelle Olson | | | | | | | 17,500 | | | 17,500 | .0000% | 0.0098% |
| 0d687bd71a58 Mike & Angela Ethier | | | | | 102,867 | 102,867 | | | 102,867 | 102,867 | .0646% | 0.0578% |
| 32142b93926e Mike and Erika Fallas [Family] Trust | 312,500 | | 200,000 | 200,000 | | | | | 512,500 | 512,500 | .3221% | 0.2879% |
| 1bf463dfd6d7f Mike Bell | | | | | | | 527,770 | | | 527,770 | .0000% | 0.2965% |
| 3b0e77afa76c4 Mike Diedrick | | 1,200,000 | | | | | 43,612 | | 1,200,000 | 1,243,612 | .7541% | 0.6986% |
| ef229bd591103 Mike Wiegand | | | | | | | 11,189 | | | 11,189 | .0000% | 0.0063% |
| e00de73e2945 MLT Investments, LLC | | | | | 45,719 | 45,719 | | 8,959 | 45,719 | 54,678 | .0287% | 0.0307% |
| 9d54c9ff421a2 Mobile Force Investments LLC | | | | | | | | 2,179,823 | | 2,179,823 | .0000% | 1.2245% |
| abae9776e21c Monne Andersen | | 386,962 | 25,000 | 25,000 | | | 35,000 | | 411,962 | 446,962 | .2589% | 0.2511% |
| d1258a353168 MR DSTP LLC | | | 500,000 | 500,000 | 230,374 | 230,374 | | 34,608 | 730,374 | 764,982 | .4590% | 0.4297% |
| ff073fe028c3ae Newberry Family Trust | 10,960,000 | | | | | | | | 10,960,000 | 10,960,000 | 6.8872% | 6.1567% |
| 42e8387474961 Nick Robbins | | 60,000 | | | | | | | 60,000 | 60,000 | .0377% | 0.0337% |
| 27902f0c3504e Nicole Heinrich | | | | | | | 2,000 | | | 2,000 | .0000% | 0.0011% |
| 7701a787f3492 Nitasha and Umber Singh Irrevocable Trust | | | 100,000 | 100,000 | | | | | 100,000 | 100,000 | .0628% | 0.0562% |
| d8012c38a487 One Eleven Entertainment | | 38,000 | | | | | | | 38,000 | 38,000 | .0239% | 0.0213% |
| 2ddfc0cfa4bdd Parker Keane | | | 30,000 | 30,000 | | | | | 30,000 | 30,000 | .0189% | 0.0169% |
| c2860ebd9f157 Patrick Ryan | | 13,541 | | | 154,302 | 154,302 | | 1,354 | 167,843 | 169,197 | .1055% | 0.0950% |
| 82e7542b930d Pavithra Ramamurthy | | | 50,000 | 50,000 | | | | | 50,000 | 50,000 | .0314% | 0.0281% |
| 80ed995f1669C Perseus Investments, LLC | | | | | 20,573 | 20,573 | | | 20,573 | 20,573 | .0129% | 0.0116% |
| 4935da042656 Peter Allison | | | | | | | 42,312 | | | 42,312 | .0000% | 0.0238% |
| b2b2398dcdb8 Philips Family Trust | | | | | 57,149 | 57,149 | | | 57,149 | 57,149 | .0359% | 0.0321% |
| 600990b93de5 Phillip Bard | | | | | | | 30,000 | | | 30,000 | .0000% | 0.0169% |
| ae403b57e102 Piedmont Brand Group, Inc. | 10,822,000 | 600,000 | | | | | | | 11,422,000 | 11,422,000 | 7.1775% | 6.4163% |
| 40e3593b90e6 Pony Wellness LLC | | | | | 91,438 | 91,438 | | 13,505 | 91,438 | 104,943 | .0575% | 0.0590% |
| f433754d41f2f Present Life Limited | | | | | 12,344,155 | 12,344,155 | | | 12,344,155 | 12,344,155 | 7.7570% | 6.9343% |
| 2a3e0aead4d7 Pure Capital Investment Group (Lukasz Gottwa | | | 800,000 | 800,000 | | | | | 800,000 | 800,000 | .5027% | 0.4494% |
| d1ebcc7eabce Purity Organic, LLC | | 2,400,000 | | | | | | | 2,400,000 | 2,400,000 | 1.5082% | 1.3482% |
| 0f17f5cd2d444 R&R AZ Investments LLC | | | | | 3,003,485 | 3,003,485 | | 70,274 | 3,003,485 | 3,073,759 | 1.8874% | 1.7267% |
| 9da268b112d9 Randall Prust | | | 150,000 | 150,000 | | | | | 150,000 | 150,000 | .0943% | 0.0843% |
| 69c1b4113548 Raouf and Marissa Ellen Moussa | | | 45,000 | 45,000 | | | | | 45,000 | 45,000 | .0283% | 0.0253% |
| b81688b1d4da Richard A. Huser Revocable Trust | | | 150,000 | 150,000 | | | | | 150,000 | 150,000 | .0943% | 0.0843% |
| 6b7bcb379599 Rick Rossi | | | 250,000 | 250,000 | | | | | 250,000 | 250,000 | .1571% | 0.1404% |
| 3d2cacf61b402 Robert and Joanne Ciminelli | | | 50,000 | 50,000 | 57,370 | 57,370 | | | 107,370 | 107,370 | .0675% | 0.0603% |
| 966eb0eafa651 Robert D. Crain | | | 100,000 | 100,000 | 22,860 | 22,860 | | 5,042 | 122,860 | 127,902 | .0772% | 0.0718% |
| d6bf980f05e4d Robert Jason Tuomisto | | | | | | | 30,000 | | | 30,000 | .0000% | 0.0169% |
| 63a928fc094ff5 Robert Krakauer | | | 200,000 | 200,000 | 241,458 | 241,458 | 41,300 | 86,809 | 441,458 | 569,567 | .2774% | 0.3200% |
| ead9ba353a9a Robin George | | | | | | | 14,653 | | | 14,653 | .0000% | 0.0082% |
| ddf3c67daef95 Rochelle K. Hoyt | | | 25,000 | 25,000 | | | | | 25,000 | 25,000 | .0157% | 0.0140% |
| 41e85b4ef508C Roland Family Trust | | | | | 2,688,300 | 2,688,300 | | 486,841 | 2,688,300 | 3,175,141 | 1.6893% | 1.7836% |
| 1e871512e624 Ron Tabay | | | | | | | 2,500 | | | 2,500 | .0000% | 0.0014% |
| 83d9b425864b Ryan Garvey | | 2,083 | | | | | | | 2,083 | 2,083 | .0013% | 0.0012% |
| 212b4f91ebbcc Ryan Giacone | | | | | 114,299 | 114,299 | | | 114,299 | 114,299 | .0718% | 0.0642% |
| 0d9ca06b2030 Ryan McConnell | | | | | | | 10,000 | | | 10,000 | .0000% | 0.0056% |
| b72152510bba S&J Investment Trust | | | | | | | | 34,215 | | 34,215 | .0000% | 0.0192% |

| Holder | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 39f814d05e714 Sabrina Sandoval | | | | | | 1,500 | | | 1,500 | .0000% | 0.0008% |
| 488e412d99a8f Sam R Davis Trust under S&J Investment Trust | | 50,000 | 50,000 | 68,578 | 68,578 | | 25,119 | 118,578 | 143,697 | .0745% | 0.0807% |
| cbea109a18e2 Savannah Nicole Schmidt Revocable Trust Dec | | 100,000 | 100,000 | | | | | 100,000 | 100,000 | .0628% | 0.0562% |
| 10e7a6b10805 Scott Hanson | | 50,000 | 50,000 | | | 50,000 | | 100,000 | 150,000 | .0628% | 0.0843% |
| e845dc50e369 Scott Link | | 180,000 | | | | 110,000 | | 180,000 | 290,000 | .1131% | 0.1629% |
| 7a39d26cee8e Scott Symons | | 30,000 | | | | | | 30,000 | 30,000 | .0189% | 0.0169% |
| b011ec3a0853f Scoutabout Entertainment, Inc Defined Benefit | | 50,000 | 50,000 | 46,110 | 46,110 | | 7,354 | 96,110 | 103,464 | .0604% | 0.0581% |
| 3d3b7698f6dfb Sean Brooks | | | | | | 26,000 | | 26,000 | | .0000% | 0.0146% |
| 40423b720a4c Sean Hill | | 50,000 | 50,000 | 102,868 | 102,868 | | | 152,868 | 152,868 | .0961% | 0.0859% |
| 2a5d341464d9 Sebastien Fauchet | | | | | | 25,000 | | 25,000 | | .0000% | 0.0140% |
| a523f925eb6a1 Shannon Bard | | | | 1,081,523 | 1,081,523 | | | 1,081,523 | 1,081,523 | .6796% | 0.6075% |
| a700f0f3aa551 Shanty Hogan Ventures LLC | | | 125,000 | | | | | 125,000 | 125,000 | .0785% | 0.0702% |
| fade875776e3C Shanty Hogan Ventures, LLC | | 50,000 | 50,000 | | | | | 50,000 | 50,000 | .0314% | 0.0281% |
| 125e6f9fd7094 Sinclair Broadcast Group, Inc | | | | 2,571,699 | 2,571,699 | | | 2,571,699 | 2,571,699 | 1.6160% | 1.4446% |
| a17f6c0b1660b Spencer Schmidt Revocable Trust (c/o Samuel | | 100,000 | 100,000 | | | | | 100,000 | 100,000 | .0628% | 0.0562% |
| e175c4028a0a Steve Garvey | 2,316,666 | | | | | | | 2,316,666 | 2,316,666 | 1.4558% | 1.3014% |
| 879c235175391 Steve Levit | | | 300,000 | 34,294 | 34,294 | | 7,058 | 334,294 | 341,352 | .2101% | 0.1918% |
| d2e8c303e064 Steve McGrady | 48,750 | | | 182,876 | 182,876 | | | 231,626 | 231,626 | .1456% | 0.1301% |
| ed02562900fe4 Steve Ross | | | | | | 20,000 | | 20,000 | | .0000% | 0.0112% |
| 0c90f09ab4891 Steve S Belknap Family Living Trust | | | | 219,310 | 219,310 | | 24,152 | 219,310 | 243,462 | .1378% | 0.1368% |
| e9b6a5feee770 Steven Joseph McGrady, Trustee of the ED Irre | 138,750 | 200,000 | 200,000 | | | | | 338,750 | 338,750 | .2129% | 0.1903% |
| beda03ce4ebb Swanson Family Revocable Trust (Traci and Jir | | 100,000 | 100,000 | | | | | 100,000 | 100,000 | .0628% | 0.0562% |
| 8b83d794699e Taylor Kiel | | 25,000 | 25,000 | | | | | 25,000 | 25,000 | .0157% | 0.0140% |
| fb70ce8423a59 Taylor Leopard | | | | | | 17,755 | | 17,755 | | .0000% | 0.0100% |
| d19460422a7a Taylor Leopard | | | | | | 10,000 | | 10,000 | | .0000% | 0.0056% |
| 4acfe84d6c471 The Armstrong Family Trust UTD 11 29 88 | | | | 46,489 | 46,489 | | | 46,489 | 46,489 | .0292% | 0.0261% |
| 7342b8afbdfc2 The Bradley E Davis Trust UTA dated 1-1-2014 | | | | 3,391,817 | 3,391,817 | | | 3,391,817 | 3,391,817 | 2.1314% | 1.9053% |
| bca7998802811 The Christopher and Helen Yeung Family Trust | | 100,000 | 100,000 | 51,434 | 51,434 | | | 151,434 | 151,434 | .0952% | 0.0851% |
| 424753aea84b The Claire Madison Dickens Irrevocable Trust | 250,000 | | | | | | | 250,000 | 250,000 | .1571% | 0.1404% |
| af37a985f629f7 The Craftory Limited | | | | 1,234,416 | 1,234,416 | | | 1,234,416 | 1,234,416 | .7757% | 0.6934% |
| 33b5c9a40d60 The Grant Jackson Dickens Irrevocable Trust | 250,000 | | | | | | | 250,000 | 250,000 | .1571% | 0.1404% |
| 64686352630a The Jennifer E Durham Revocable Trust | 138,000 | | | | | | | 138,000 | 138,000 | .0867% | 0.0775% |
| d08e9f600bfaa The Phoenix Trust | 500,000 | | | | | | | 500,000 | 500,000 | .3142% | 0.2809% |
| 1679d3340f6a2 The Raymond D Croghan Irrevocable Trust for | | | | 20,573 | 20,573 | | | 20,573 | 20,573 | .0129% | 0.0116% |
| 0d8d2fbc8782e The Raymond D Droghan Irrevocable Trust Cas | | | | 20,573 | 20,573 | | | 20,573 | 20,573 | .0129% | 0.0116% |
| 910e3e33405b The Roland Family Support Trust | | | | 714,367 | 714,367 | | 724,080 | 714,367 | 1,438,447 | .4489% | 0.8080% |
| 9ad6e87fce130 The Weaver Family Trust | | | | 41,147 | 41,147 | | | 41,147 | 41,147 | .0259% | 0.0231% |
| e15c81cabaf1d Tim Yale | | | 100,000 | | | | | 100,000 | 100,000 | .0628% | 0.0562% |
| f7974dd86453c Todd Davis | | | 550,000 | | | | | 550,000 | 550,000 | .3456% | 0.3090% |
| aa4624e1b70b Tom Schlossberg | | 50,000 | 50,000 | | | | | 50,000 | 50,000 | .0314% | 0.0281% |
| 5d9e32c9f576a Traci Mason | | | 240,625 | | | | 10,416 | 240,625 | 251,041 | .1512% | 0.1410% |
| 2e5dac4c9b13 Tracy Chavez | | | | | | 8,000 | | 8,000 | | .0000% | 0.0045% |
| bac8419693ce Traverse Capital Partners LLC | | | | 1,142,977 | 1,142,977 | | 116,118 | 1,142,977 | 1,259,095 | .7182% | 0.7073% |
| 1c9b9466fed82 Twin Harbors, LI LP | 11,000,000 | | | | | | | 11,000,000 | 11,000,000 | 6.9124% | 6.1792% |
| fd797c0f7f7efe Tyler Henson | | | | | | 10,000 | | 10,000 | | .0000% | 0.0056% |
| cc50270b905b Univest Opportunity Fund, L L C (c/o Tom Low | | 500,000 | 500,000 | | | | | 500,000 | 500,000 | .3142% | 0.2809% |
| 48be038cf0f68 Vantage FBO Craig E Cote IRA | | | | 11,430 | 11,430 | | 591 | 11,430 | 12,021 | .0072% | 0.0088% |
| 863c391e1a62 Vantage IRAs FBO Michele Davis IRA | | | | 73,151 | 73,151 | | 15,110 | 73,151 | 88,261 | .0460% | 0.0496% |
| 1f2551e7d2523 William Kelly | | | | 127,868 | 127,868 | | 24,180 | 127,868 | 152,048 | .0804% | 0.0854% |
| 790e3936f0704 Zach Von Ahnen | | | | | | 55,000 | | 55,000 | | .0000% | 0.0309% |
| Options and RSU's issued and outstanding | | | | | | 7,055,471 | | | | | |
| Units available for issuance under the plan | | | | | | 4,344,529 | | | 4,344,529 | | 2.4405% |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fully diluted units | 78,893,982 | 9,668,565 | | 1,146 | | 15,000,000 | | 55,571,325 | 11,400,000 | 7,481,044 | 178,016,062 | 100.0000% |
| Fully Diluted Ownership | 44.3185% | 5.4313% | | .0006% | | 8.4262% | | 31.2170% | 6.4039% | 4.2025% | 100.0000% |
| Total Units Outstanding | 78,893,982 | 9,668,565 | 1,274 | | 15,000,000 | | 55,571,325 | | | | 159,135,146 | 100.0000% |
| Percentage Outstanding | 49.5767% | 6.0757% | .0008% | | 9.4260% | | 34.9208% | | | | 100.0000% |
| Price per unit | | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 | $ 2.4303 | $ 2.4303 | | | | |