# EXHIBIT F

DATE:  February 28, 2023

MEMO TO FILE:  Kadenwood, Inc.

RE:  Stockholder Consent dated Feb-28-2023

The attached combined DocuSign constitutes the final executed Stockholder Consent.  After circulating the Consent via DocuSign and its execution by several stockholders, Mr. Brent Roland noted that the proper signatory for The Roland Family Support Trust should be Mr. Glenn Roland.  The Stockholder Consent was sent to Mr. Glenn Roland to sign on behalf of The Roland Family Support Trust in lieu of Mr. Brent Roland.

Laurie A. Sanders
Fox Rothschild LLP



**EXHIBIT**

1066

PENGAD 800-631-6989

CONFIDENTIAL

TD0000599

DocuSign Envelope ID: 6DB4DE2D-A416-4730-A11F-81A15F9B595F

### WRITTEN CONSENT IN LIEU OF THE 2023 ANNUAL MEETING
### OF THE STOCKHOLDERS
### OF KADENWOOD, INC.

Pursuant to Section 228 of the General Corporation Law of the State of Delaware, the undersigned stockholders of Kadenwood, Inc., a Delaware corporation (the "*Company*"), hereby adopt the following resolutions and hereby consent to the taking of the actions set forth herein effective as of the date of the last signature obtained:

**Termination of Shareholder Agreement**

WHEREAS, the Company and its stockholders are parties to that certain Kadenwood Inc. Shareholder Agreement dated as of July 7, 2021, as amended by an Amendment No. 1 dated March 31, 2022 ("*Shareholder Agreement*");

WHEREAS, Section 9.1 of the Shareholder Agreement provides that said agreement will be terminated upon the vote of (a) the Controlling Shareholders, (b) the Majority Approval of Series B Holders, and (c) for so long as the Special Common Holders (i) in the aggregate, hold at least 37.5% of the shares of Common Stock held by such Special Common Holders in the aggregate as of the Effective Date (as may be equitably adjusted as necessary from time to time to account for redemptions or repurchases, other than pursuant to the Put Right, stock splits, stock dividends, combinations, and other similar events), and (ii) have received less than $20,000,000 in the aggregate from the Company pursuant to the Put Right exercised pursuant to the Put/Call Agreement, including amounts paid by offset pursuant to the Put/Call Agreement, the vote of the Majority Approval of Special Common Holders (collectively, the "*Requisite Holders*") (capitalized terms used but not defined in this Consent have the meanings given to such terms in the Shareholder Agreement);

WHEREAS, the undersigned stockholders, constituting the Requisite Holders, desire to terminate the Shareholder Agreement;

NOW, THEREFORE, IT IS HEREBY

RESOLVED, that the Shareholder Agreement is hereby terminated.

**Amendment of Bylaws**

WHEREAS, Section 4.02 of the Bylaws of the Company adopted on May 23, 2021 ("*Bylaws*") require that the authorized number of directors constituting the Board of Directors be not less than three (3) nor more than ten (10);

WHEREAS, the undersigned stockholders desire to amend Section 4.02 of the Bylaws to reduce the size of the Board of Directors to two (2) directors;

WHEREAS, Section 9.01 of the Bylaws permits stockholders holding a majority of shares entitled to vote thereon to amend the Bylaws, and the Requisite Holders hold such majority;

143060652.4

TD0000600

DocuSign Envelope ID: 6DB4DE2D-A416-4730-A11F-81A15F9B595F

NOW, THEREFORE, BE IT

RESOLVED, that the first sentence of Section 4.02 of the Bylaws is hereby amended to read as follows:

> "Unless otherwise provided in the Certificate, the authorized number of directors shall be two (2)."

## Election of Directors

WHEREAS, prior to the effective date of this Consent, the entirety of the Board of Directors resigned from office;

WHEREAS, following such resignations and the adoption of the foregoing resolutions, there exists two (2) vacant director positions that the undersigned stockholders desire to fill;

WHEREAS, Section 211(b) of the General Corporation Law of the State of Delaware permits the stockholders of the Company, acting by non-unanimous written consent in lieu of holding an annual meeting, to elect directors if all of the directorships to which directors could be elected at an annual meeting held at the effective time of such action are vacant and are filled by such action;

WHEREAS, the undersigned stockholders desire to elect two (2) directors to fill all of the vacancies on the Board of Directors; and

WHEREAS, prior to their resignation, the Board of Directors of the Company recommended that the stockholders elect Mr. Fred Jonske and Mr. Randy O'Connor to the Board; and

WHEREAS, it is disclosed and made known to the stockholders that Mr. Jonske and Mr. O'Connor are being compensated for their services pursuant to an agreement with Insurex LLC, pursuant to which Insurex will receive a fee of $25,000 per month, with a minimum of six months (the "*Fee Arrangement*"), for the services of Mr. Jonske and Mr. O'Connor as directors, and the stockholders desire to approve such compensation;

NOW, THEREFORE, BE IT

RESOLVED, that Mr. Fred Jonske and Mr. Randy O'Connor are hereby elected to serve as the sole directors of the Company until the next annual meeting of stockholders or until their successors are elected and qualified; and

RESOLVED, FURTHER, that the undersigned stockholders authorize and approve the Fee Arrangement.

143060652.4

DocuSign Envelope ID: 6DB4DE2D-A416-4730-A11F-81A15F9B595F

## General Resolutions

RESOLVED, FURTHER, that the appropriate officers of the Company are authorized, empowered and directed, in the name of and on behalf of the Company, to take all acts and do all such things as any of them may deem necessary, proper or advisable to carry out the purpose and intent of the foregoing resolutions.

*-Signatures follow-*

143060652.4

CONFIDENTIAL

TD0000602

DocuSign Envelope ID: 6DB4DE2D-A416-4730-A11F-81A15F9B595F

The execution of this Consent shall constitute a written waiver of any notice required by the General Corporation Law of the State of Delaware, this Company's Certificate of Incorporation, and the Bylaws.

This Consent may be executed by facsimile or electronic signature and in two (2) or more counterparts, each of which shall be deemed an original and all of which together shall constitute the same instrument.

*CONTROLLING SHAREHOLDERS (as defined in the Shareholder Agreement:*

**BleichroederKadenwood LLC**

By: _____
Name: Andrew Gundlach
Title: Manager
Total shares: 22,980,836

**Present Life Limited**

By: _____
Name: Camillo Pane
Title:  Director
Total shares: 12,344,155

**Approach Marketing LLC**

By: _____
Name: Erick Dickens
Title:  CEO
Total shares: 11,560,000

**Piedmont Brand Group, Inc.**

By: _____
Name: Doug Weekes
Title:  Co-Founder/COO
Total shares: 11,422,000

*[Signature Page to Written Consent in Lieu of 2023 Annual Meeting of the Stockholders of Kadenwood, Inc.]*
143060652.4

CONFIDENTIAL

DocuSign Envelope ID: 6DB4DE2D-A416-4730-A11F-81A15F9B595F

**2013 Davis Family Trust (c/o Todd Davis)**

By: _____

Name: Todd Davis

Title:    Executive Chairman

Total shares: 9,148,723

**Todd Davis**

By: _____

Total shares: 550,000

**The Bradley E. Davis Trust UTA dated 1-1-2014**

By: _____

Name: Brad Davis

Title:    Partner

Total shares: 3,391,817

**R&R AZ Investments LLC**

By: _____

Name: Brent Roland

Title:    Trustee

Total shares: 3,003,485

**Roland Family Trust**

By: _____

Name: Brent Roland

Title:    Trustee

Total shares: 2,688,300

**The Roland Family Support Trust**

By: _____

Name: Brent Roland

Title:    Trustee

Total shares: 714,367

*[Signature Page to Written Consent in Lieu of 2023 Annual Meeting of the Stockholders of Kadenwood, Inc.]*
143060652.4

TD0000604

DocuSign Envelope ID: 6DB4DE2D-A416-4730-A11F-81A15F9B595F

**Steve Garvey**

DocuSigned by:

A646EC27397E4C5...

Total shares: 2,316,666

*[Signature Page to Written Consent in Lieu of 2023 Annual Meeting of the Stockholders of Kadenwood, Inc.]*
143060652.4

CONFIDENTIAL

TD0000605

DocuSign Envelope ID: 6DB4DE2D-A416-4730-A11F-81A15F9B595F

*MAJORITY APPROVAL OF SERIES B HOLDERS (as defined in the Shareholder Agreement)*

**BleichroederKadenwood LLC**

By: _____

Name:  Andrew Gundlach

Title:  Manager

Total Series B Preferred:  8,148,301

**Present Life Limited**

By: _____

Name:  Camillo Pane

Title:    Director

Total Series B Preferred:  12,344,155

**2013 Davis Family Trust (c/o Todd Davis)**

By: _____

Name:  Todd Davis

Title:  Trustee

Total Series B Preferred:  6,150,389

**The Bradley E. Davis Trust UTA dated 1-1-2014**

By: _____

Name:  Brad Davis

Title:  Trustee

Total Series B Preferred:  3,391,817

**R&R AZ Investments LLC**

By: _____

Name:  Brent Roland

Title:    Trustee

Total Series B Preferred:  3,003,485

*[Signature Page to Written Consent in Lieu of 2023 Annual Meeting of the Stockholders of Kadenwood, Inc.]*

143060652.4

CONFIDENTIAL

TD0000606

DocuSign Envelope ID: 6DB4DE2D-A416-4730-A11F-81A15F9B595F

**Roland Family Trust**

By:_____

Name:  Brent Roland

Title:  Trustee

Total Series B Preferred:  2,688,300

**The Roland Family Support Trust**

By:_____

Name:  Brent Roland

Title: Trustee

Total Series B Preferred:  714,367

*[Signature Page to Written Consent in Lieu of 2023 Annual Meeting of the Stockholders of Kadenwood, Inc.]*

143060652.4

CONFIDENTIAL

TD0000607

DocuSign Envelope ID: 6DB4DE2D-A416-4730-A11F-81A15F9B595F

*SPECIAL COMMON HOLDERS (as defined in the Shareholder Agreement)*

**Anna-Maria and Stephen Kellen Foundation, Inc., a Delaware corporation**

By:_____

Name: Andrew Gundlach

Title: Treasurer

**The Ellen-Maria Gorrissen Trust 2 U/A Dated 6/3/1993**
a traditional trust settled under the laws of the State of New York

By:_____

Name: Andrew Gundlach

Title: Trustee

**Denise and Michael Kellen Foundation, Inc., a Delaware corporation**

By:_____

Name: Andrew Gundlach

Title  Director

**The Ellen -Maria Gorrissen Trust 1 U/A Dated 6/3/1993, a traditional trust settled under the laws of the State of New York**

By:_____

Name: Andrew Gundlach

Title: Trustee

**Marina Kellen French Trust Foundation, a traditional trust settled under the laws of the State of New York**

By:_____

Name: Andrew Gundlach

Title: Treasurer

*[Signature Page to Written Consent in Lieu of 2023 Annual Meeting of the Stockholders of Kadenwood. Inc.]*
143060652.4

CONFIDENTIAL