Ronald S. Hodges (SBN 150586)
*rhodges@goeforlaw.com*
Ashley N. Kinder (SBN 363008)
*akinder@goeforlaw.com*
Taylor DeRosa (SBN 319853)
*tderosa@goeforlaw.com*
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Building D., Suite 210
Irvine, CA 92614
Telephone: (949) 798-2460

Daren H. Lipinsky (SBN 190955)
*dlipinsky@riziolawfirm.com*
**RIZIO LIPINSKY HEITING, P.C.**
14771 Plaza Drive, Suite A
Tustin, CA  92780
Telephone: (714) 505-2468

Attorneys for Defendants
Brian Newberry and The Newberry
Family Trust

Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Steven E. Bledsoe (SBN 157811)
*sbledsoe@larsonllp.com*
Daniel R. Lahana (SBN 305664)
*dlahana@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888

Attorneys for Defendants Glenn Russell,
The Laura & Glenn Russell Revocable
Trust, Eric Johnson, Twin Harbors
LLLP, and Elysium Asset Management,
LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE FORCE INVESTMENTS, LLC, an Arizona limited liability company, BRADLEY E. DAVIS, BRENT ROLAND, and GLENN ROLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN NEWBERRY, THE NEWBERRY FAMILY TRUST, GLENN RUSSELL, THE LAURA & GLENN RUSSELL REVOCABLE TRUST, ERIC JOHNSON, TWIN HARBORS LLLP, a Nevada limited liability limited partnership, and ELYSIUM ASSET MANAGEMENT LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:26-cv-02070-MEMF-DFM<br><br>**SUPPLEMENTAL DECLARATION OF STEVEN E. BLEDSOE BASED ON NEWLY PRODUCED EVIDENCE IN SUPPORT OF DEFENDANTS BRIAN NEWBERRY, THE NEWBERRY FAMILY TRUST, GLENN RUSSELL, THE LAURA & GLENN RUSSELL REVOCABLE TRUST, ERIC JOHNSON, TWIN HARBORS LLLP, AND ELYSIUM ASSET MANAGEMENT, LLC'S JOINT MOTION TO COMPEL ARBITRATION AND TO DISMISS CASE**<br><br>Judge:  Hon. Maame Ewusi-Mensah Frimpong<br>Date:  May 28, 2026<br>Time:  10:00 a.m.<br>Crtrm.:  8B, 8th Floor, First Street Courthouse |

1

SUPPLEMENTAL DECLARATION OF STEVEN E. BLEDSOE BASED ON NEWLY PRODUCED EVIDENCE
IN SUPPORT OF JOINT MOTION TO COMPEL ARBITRATION AND TO DISMISS CASE

## <u>SUPPLEMENTAL DECLARATION OF STEVEN E. BLEDSOE</u>

I, Steven E. Bledsoe, declare as follows:

1.  I am a partner with Larson LLP, attorneys of record for Defendants Glenn Russell, The Laura & Glenn Russell Revocable Trust, Eric Johnson, Twin Harbors LLLP, and Elysium Asset Management, LLC.  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to the matters stated herein.  I make this supplemental declaration in support of Defendants' Joint Motion to Compel Arbitration and to Dismiss Case based on evidence that was newly discovered by Defendants on April 14, 2026.

2.  On April 14, 2026, at 8:54 p.m. PDT, attorneys for Kadenwood, Inc. made a partial production of documents to the Plaintiffs in the matter entitled *Brian Newberry, et al. v. Kadenwood, Inc., et al.*, Orange County Superior Court Case No. 30-2026-01542095-CU-FR-CJC.  (The Plaintiffs in the *Newberry, et al. v. Kadenwood, Inc., et al.*, case are the same persons and entities who are Defendants in this case.)

3.  A true and correct copy of Kadenwood, Inc. "Subscription Documents" dated March 24, 2022, produced by Kadenwood, Inc. on April 14, 2026, is attached hereto as <u>Exhibit I</u>.  These Subscription Documents include a Subscription Agreement bearing the signature of Glenn Roland for the Roland Family Support Trust.  (Ex. I at p.12.)

Paragraph 1 of the Subscription Agreement signed by Glenn Roland provides, in relevant part:

> "The undersigned (the "Investor"), subscribes for and agrees to purchase Series B Preferred Stock (the "Shares") in Kadenwood, Inc. (the "Company") …. **The Investor agrees to be bound by all the terms and provisions of the Shareholder Agreement of the Company (as amended from time to time, the "Shareholder Agreement"), the form of which has been provided to Investor**,

2

SUPPLEMENTAL DECLARATION OF STEVEN E. BLEDSOE BASED ON NEWLY PRODUCED EVIDENCE IN SUPPORT OF JOINT MOTION TO COMPEL ARBITRATION AND TO DISMISS CASE

along with the Certificate of Incorporation of the Company (as amended from time to time, the "Certificate of Incorporation"), and the Bylaws of the Company (as amended from time to time, the "Bylaws"). Capitalized terms used but not defined herein shall have the meaning given such terms in the Shareholder Agreement."

(Ex. I at pp. 4-5 [SA-1–SA-2], emphasis added.)

Paragraph 9 of the Subscription Agreement marked as Exhibit I also contains its own independent JAMS Arbitration Clause.  (Ex. I at pp. 9-10 [SA-6–SA-7].)

4.	A true and correct copy of Kadenwood Inc. "Subscription Documents" dated June 4, 2021, produced by Kadenwood, Inc. on April 14, 2026, is attached hereto as Exhibit J.  These Subscription Documents include a Subscription Agreement bearing the signature of Brent Roland for the Roland Family Trust. (Ex. J at p.11.)

Paragraph 1 of the Subscription Agreement signed by Brent Roland provides, in relevant part:

"The undersigned (the "Investor"), subscribes for and agrees to purchase Series B Preferred Stock (the "Shares") in Kadenwood, Inc. (the "Company") …. **The Investor agrees to be bound by all the terms and provisions of the Shareholder Agreement of the Company (as amended from time to time, the "Shareholder Agreement"), the form of which has been provided to Investor**, along with the Certificate of Incorporation of the Company (as amended from time to time, the "Certificate of Incorporation"), and the Bylaws of the Company (as amended from time to time, the "Bylaws"). Capitalized terms used but not defined herein shall have the meaning given such terms in the Shareholder Agreement."

(Ex. J at pp. 4-5 [SA-1–SA-2], emphasis added.)

Paragraph 9 of the Subscription Agreement marked as Exhibit J also contains

SUPPLEMENTAL DECLARATION OF STEVEN E. BLEDSOE BASED ON NEWLY PRODUCED EVIDENCE IN SUPPORT OF JOINT MOTION TO COMPEL ARBITRATION AND TO DISMISS CASE

its own independent JAMS Arbitration Clause.  (Ex. J at pp. 9-10 [SA-6–SA-7].)

5.      A true and correct copy of Kadenwood Inc. "Subscription Documents" dated April 4, 2022, produced by Kadenwood, Inc. on April 14, 2026, is attached hereto as Exhibit K.  These Subscription Documents include a Subscription Agreement bearing the signature of Brent Roland for the Roland Family Trust. (Ex. K at p.12.)

Paragraph 1 of this Subscription Agreement signed by Brent Roland provides, in relevant part:

> "The undersigned (the "Investor"), subscribes for and agrees to purchase Series B Preferred Stock (the "Shares") in Kadenwood, Inc. (the "Company") …. **The Investor agrees to be bound by all the terms and provisions of the Shareholder Agreement of the Company (as amended from time to time, the "Shareholder Agreement"), the form of which has been provided to Investor**, along with the Certificate of Incorporation of the Company (as amended from time to time, the "Certificate of Incorporation"), and the Bylaws of the Company (as amended from time to time, the "Bylaws"). Capitalized terms used but not defined herein shall have the meaning given such terms in the Shareholder Agreement."

(Ex. K at pp. 4-5 [SA-1–SA-2], emphasis added.)

Paragraph 9 of the Subscription Agreement marked as Exhibit K also contains its own independent JAMS Arbitration Clause.  (Ex. K at pp. 9-10 [SA-6–SA-7].)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

SUPPLEMENTAL DECLARATION OF STEVEN E. BLEDSOE BASED ON NEWLY PRODUCED EVIDENCE IN SUPPORT OF JOINT MOTION TO COMPEL ARBITRATION AND TO DISMISS CASE

Executed on this 15th day of April, 2026, at Costa Mesa, California.


*/s/ Steven E. Bledsoe*
Steven E. Bledsoe

SUPPLEMENTAL DECLARATION OF STEVEN E. BLEDSOE BASED ON NEWLY PRODUCED EVIDENCE
IN SUPPORT OF JOINT MOTION TO COMPEL ARBITRATION AND TO DISMISS CASE