Marisol C. Mork (State Bar No. 265170)
Hannah J. Makinde (State Bar No. 307907)
marisol.mork@squirepb.com
hannah.makinde@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone:  +1 213 624 2500

*Attorneys for Plaintiffs Brent Roland and
Glenn Roland*

*Additional counsel listed on signature page*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE FORCE INVESTMENTS, LLC, an Arizona limited liability company, BRADLEY E. DAVIS, BRENT ROLAND, and GLENN ROLAND,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN NEWBERRY, THE NEWBERRY FAMILY TRUST, GLENN RUSSELL, THE LAURA & GLENN RUSSELL REVOCABLE TRUST, ERIC JOHNSON, TWIN HARBORS LLLP, a Nevada limited-liability limited partnership, and ELYSIUM MANAGEMENT, LLC, a California limited liability corporation.<br><br>Defendants. | Case No.  2:26-cv-02070-MEMF-DFM<br><br>**[PROPOSED] ORDER GRANTING INDIVIDUAL PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION ENJOINING ARBITRATION**<br><br>Date:  June 18, 2026<br>Time: 10:00 AM<br>Place: First Street U.S. Courthouse<br>Courtroom 8B<br>350 West 1st Street<br>Los Angeles, CA 90012<br><br>Complaint Filed: February 26, 2026 |

## **[PROPOSED] ORDER**

The Court, having considered the moving, opposition, and reply papers, arguments of counsel, and all other materials presented to the Court, and good cause appearing, hereby **GRANTS** the Motion.

**IT IS SO ORDERED.**

Dated: _____           _____

                                                          Hon. Maame Ewusi-Mensah Frimpong